**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 16, 2009

Charles R. Fulbruge III
Clerk

No. 09-60071
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DARRYL ALEXANDER, also known as Darryl Brown,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:08-CR-116-3

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Darryl Alexander appeals the district court's affirmance of an order of pretrial detention. The district court found that no condition or combination of conditions would reasonably assure the appearance of Alexander, as required, if he were released from detention pending trial. The district court's conclusion is supported by the record. *See United States v. Hare*, 873 F.2d 796, 798-99 (5th Cir. 1989).

The pretrial detention order is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.